IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00431-RPM-BNB

EIGHTH DISTRICT ELECTRICAL PENSION FUND,
EIGHTH DISTRICT ELECTRICAL PENSION FUND ANNUITY PLAN,
TRUSTEES OF EIGHTH DISTRICT ELECTRICAL PENSION FUND & ANNUITY PLAN,
EIGHTH DISTRICT ELECTRICAL BENEFIT TRUST FUND,
TRUSTEES OF EIGHTH DISTRICT ELECTRICAL BENEFIT TRUST FUND,
DENVER JOINT ELECTRICAL APPRENTICESHIP AND TRAINING COMMITTEE, and
TRUSTEES OF DENVER JOINT ELECTRICAL APPRENTICESHIP AND TRAINING COMMITTEE,

Plaintiffs,

v.

LITTLETON ELECTRIC, INC., and
STANDARD ELECTRIC COMPANY,

Defendants,

v.

THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION #68,

Third Party Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Accept Late-Filed Answer to Counterclaim** [docket no. 13, filed June 5, 2008] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and plaintiff Pension Fund's Answer to Counterclaim is accepted, and the Clerk of the Court is directed to accept the attachment to docket no. 13 for filing.

DATED: June 6, 2008