IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00431-RPM-BNB

EIGHTH DISTRICT ELECTRICAL PENSION FUND,
EIGHTH DISTRICT ELECTRICAL PENSION FUND ANNUITY PLAN,
TRUSTEES OF EIGHTH DISTRICT ELECTRICAL PENSION FUND & ANNUITY PLAN,
EIGHTH DISTRICT ELECTRICAL BENEFIT TRUST FUND,
TRUSTEES OF EIGHTH DISTRICT ELECTRICAL BENEFIT TRUST FUND,
DENVER JOINT ELECTRICAL APPRENTICESHIP AND TRAINING COMMITTEE, and
TRUSTEES OF DENVER JOINT ELECTRICAL APPRENTICESHIP AND TRAINING
COMMITTEE,

Plaintiffs,

v.

LITTLETON ELECTRIC, INC., and
STANDARD ELECTRIC COMPANY,

Defendants,

v.

THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION
#68,

Third Party Defendant.

## ORDER

The parties appeared this morning for a scheduling conference. The proposed scheduling order was refused for the reasons stated on the record.

IT IS ORDERED that on or before **June 27, 2008**, the parties shall submit a revised proposed scheduling order modified as discussed at the scheduling conference this morning.

Dated June 20, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge