IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00431-RPM-BNB

EIGHTH DISTRICT ELECTRICAL PENSION FUND,
EIGHTH DISTRICT ELECTRICAL PENSION FUND ANNUITY PLAN,
TRUSTEES OF EIGHTH DISTRICT ELECTRICAL PENSION FUND & ANNUITY PLAN,
EIGHTH DISTRICT ELECTRICAL BENEFIT TRUST FUND,
TRUSTEES OF EIGHTH DISTRICT ELECTRICAL BENEFIT TRUST FUND,
DENVER JOINT ELECTRICAL APPRENTICESHIP AND TRAINING COMMITTEE, and
TRUSTEES OF DENVER JOINT ELECTRICAL APPRENTICESHIP AND TRAINING
COMMITTEE,

Plaintiffs,

v.

LITTLETON ELECTRIC, INC., and
STANDARD ELECTRIC COMPANY,

Defendants,

v.

THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION
#68,

Third Party Defendant.
_____

**ORDER**
_____

At part 7 of the Scheduling Order entered today, the parties indicate that "[a]ll parties have consented to the exercise of jurisdiction of a magistrate judge." The parties have not completed and filed the court-approved Consent to the Exercise of Jurisdiction by a United States Magistrate Judge form, however. See D.C.COLO.LCivR at App. F (Part 7) and App. M.

IT IS ORDERED, if the parties intend to consent to the exercise of jurisdiction of a magistrate judge pursuant to 28 U.S.C. §636(c), they shall promptly file the required court-approved form.

Dated July 25, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge