IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00431-RPM-BNB

EIGHTH DISTRICT ELECTRICAL PENSION FUND,
EIGHTH DISTRICT ELECTRICAL PENSION FUND ANNUITY PLAN,
TRUSTEES OF EIGHTH DISTRICT ELECTRICAL PENSION FUND & ANNUITY PLAN,
EIGHTH DISTRICT ELECTRICAL BENEFIT TRUST FUND,
TRUSTEES OF EIGHTH DISTRICT ELECTRICAL BENEFIT TRUST FUND,
DENVER JOINT ELECTRICAL APPRENTICESHIP AND TRAINING COMMITTEE, and
TRUSTEES OF DENVER JOINT ELECTRICAL APPRENTICESHIP AND TRAINING COMMITTEE,

    Plaintiffs,
v.

LITTLETON ELECTRIC, INC., and
STANDARD ELECTRIC COMPANY,

    Defendants.
And

LITTLETON ELECTRIC, INC.,

    Third-Party Plaintiff,
v.

THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION #68,

    Third-Party Defendant.
_____

ORDER DISMISSING THIRD-PARTY COMPLAINT
_____

Pursuant to the Stipulation for Dismissal [27], filed on November 6, 2008, it is

ORDERED that Defendant Littleton Electric, Inc.,'s third-party complaint against The International Brotherhood of Electrical Workers Local Union #68 ("Local #68) and Local #68's counterclaim against Defendants Littleton Electric, Inc., and Standard Electric Company are dismissed with prejudice, each party to pay their own costs and fees.

DATED: November 10th, 2008

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge