IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00431-RPM

EIGHTH DISTRICT ELECTRICAL PENSION FUND,
EIGHTH DISTRICT ELECTRICAL PENSION FUND ANNUITY PLAN,
TRUSTEES OF EIGHTH DISTRICT ELECTRICAL PENSION FUND & ANNUITY PLAN,
EIGHTH DISTRICT ELECTRICAL BENEFIT TRUST FUND,
TRUSTEES OF EIGHTH DISTRICT ELECTRICAL BENEFIT TRUST FUND,
DENVER JOINT ELECTRICAL APPRENTICESHIP AND TRAINING COMMITTEE, and
TRUSTEES OF DENVER JOINT ELECTRICAL APPRENTICESHIP AND TRAINING COMMITTEE,

      Plaintiffs,

v.

LITTLETON ELECTRIC, INC., and
STANDARD ELECTRIC COMPANY,

      Defendants.

And

LITTLETON ELECTRIC, INC.,

      Counterclaimant,

v.

EIGHTH DISTRICT ELECTRICAL PENSION FUND,

      Counterdefendant.
_____

ORDER VACATING ORDER OF REFERENCE TO MAGISTRATE JUDGE
_____

Upon review of the file and pursuant to this Court's case management procedures, it is

ORDERED that the Order of Reference to magistrate Judge Boyd N. Boland, entered March 4,

2008 [2], is vacated.

DATED:  June 19th , 2009

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge