**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                July 27, 2009
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 08-cv-00431-RPM


EIGHTH DISTRICT ELECTRICAL PENSION FUND,                          Michael J. Belo
EIGHTH DISTRICT ELECTRICAL PENSION FUND
ANNUITY PLAN,
TRUSTEES OF EIGHTH DISTRICT ELECTRICAL PENSION FUND
& ANNUITY PLAN,
EIGHTH DISTRICT ELECTRICAL BENEFIT TRUST FUND,
TRUSTEES OF EIGHTH DISTRICT ELECTRICAL BENEFIT TRUST FUND,
DENVER JOINT ELECTRICAL APPRENTICESHIP AND
TRAINING COMMITTEE, and
TRUSTEES OF DENVER JOINT ELECTRICAL APPRENTICESHIP
AND TRAINING COMMITTEE,

         Plaintiffs,
v.

LITTLETON ELECTRIC, INC., and                                    Jeffrey A. Knoll
STANDARD ELECTRIC COMPANY,

         Defendants.
And

LITTLETON ELECTRIC, INC.,

         Counter-claimant,
v.

EIGHTH DISTRICT ELECTRICAL PENSION FUND,

         Counter-defendant.

         Defendant.
_____

**COURTROOM MINUTES**
_____


**Hearing on Cross Motions for Partial Summary Judgment**

**2:00 p.m.       Court in session.**

Court's preliminary remarks and states its summary, concerns and findings of the issues raised
in the motions.

08-cv-00431-RPM
July 27, 2009

**ORDERED:** **Defendants' Motion for Summary Judgment on the Issue of Alter-Ego, filed 2/17/2009 [33], is denied.**

**ORDERED:** **Plaintiffs' Motion for Partial Summary Judgment, filed 2/17/2009 [34], is denied.**

Counsel answers questions asked by the Court regarding case facts.

Discussion regarding scheduling.

**2:11 p.m.** **Court in recess.**

**2:19 p.m.** **Court in session.**

Discussion regarding scheduling.

**ORDERED:** **3 day trial to Court scheduled December 21, 2009.**
**Revised stipulated proposed pretrial order submitted directly to chambers by August 14, 2009.**

**2:22 p.m. Court in recess.**

Hearing concluded.  Total time: 22 min.

2