IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00431-RPM

EIGHTH DISTRICT ELECTRICAL PENSION FUND,
EIGHTH DISTRICT ELECTRICAL PENSION FUND ANNUITY PLAN,
TRUSTEES OF EIGHTH DISTRICT ELECTRICAL PENSION FUND & ANNUITY PLAN,
EIGHTH DISTRICT ELECTRICAL BENEFIT TRUST FUND,
TRUSTEES OF EIGHTH DISTRICT ELECTRICAL BENEFIT TRUST FUND,
DENVER JOINT ELECTRICAL APPRENTICESHIP AND TRAINING COMMITTEE, and
TRUSTEES OF DENVER JOINT ELECTRICAL APPRENTICESHIP AND TRAINING
COMMITTEE,

      Plaintiffs,

v.

LITTLETON ELECTRIC, INC., and
STANDARD ELECTRIC COMPANY,

      Defendants.

And

LITTLETON ELECTRIC, INC.,

      Counterclaimant,

v.

EIGHTH DISTRICT ELECTRICAL PENSION FUND,

      Counterdefendant.

_____

ORDER SETTING TRIAL DATE
_____

Pursuant to the hearing conducted today, it is

ORDERED that this matter is set for trial to the Court on **December 21, 2009, at**

**9:00 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823

Stout Street, Denver, Colorado. Trial procedures may be found at

**www.cod.uscourts.gov/judges_frame.htm**

DATED:   July 27th, 2009

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge