IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00431-RPM

EIGHTH DISTRICT ELECTRICAL PENSION FUND,
EIGHTH DISTRICT ELECTRICAL PENSION FUND ANNUITY PLAN,
TRUSTEES OF EIGHTH DISTRICT ELECTRICAL PENSION FUND & ANNUITY PLAN,
EIGHTH DISTRICT ELECTRICAL BENEFIT TRUST FUND,
TRUSTEES OF EIGHTH DISTRICT ELECTRICAL BENEFIT TRUST FUND,
DENVER JOINT ELECTRICAL APPRENTICESHIP AND TRAINING COMMITTEE, and
TRUSTEES OF DENVER JOINT ELECTRICAL APPRENTICESHIP AND TRAINING COMMITTEE,

      Plaintiffs,
v.

LITTLETON ELECTRIC, INC., and
STANDARD ELECTRIC COMPANY,

      Defendants.
_____

## ORDER FOR ENTRY OF JUDGMENT
_____

Pursuant to this Court's Memorandum of Decision, entered December 23, 2009, and the Stipulation to Amount of Judgment Due, filed January 25, 2010, it is now

ORDERED that the Clerk shall enter judgment for the plaintiffs and against the defendants, Littleton Electric, Inc., and Standard Electric Company, jointly and severally for the amount of $149,362.58 and dismissing the counterclaim of Littleton Electric, Inc. The judgment shall also provide for the taxation of costs, pursuant to D.C.COLO.LCivR 54.1 and attorney fees under D.C.COLO.LCivR 54.3 and provide for post-judgment interest at the statutory rate.

DATED:   January 26th, 2010

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge