IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00431-RPM

EIGHTH DISTRICT ELECTRICAL PENSION FUND,
EIGHTH DISTRICT ELECTRICAL PENSION FUND ANNUITY PLAN,
TRUSTEES OF EIGHTH DISTRICT ELECTRICAL PENSION FUND & ANNUITY PLAN,
EIGHTH DISTRICT ELECTRICAL BENEFIT TRUST FUND,
TRUSTEES OF EIGHTH DISTRICT ELECTRICAL BENEFIT TRUST FUND,
DENVER JOINT ELECTRICAL APPRENTICESHIP AND TRAINING COMMITTEE, and
TRUSTEES OF DENVER JOINT ELECTRICAL APPRENTICESHIP AND TRAINING COMMITTEE,

     Plaintiffs,
v.

LITTLETON ELECTRIC, INC., and
STANDARD ELECTRIC COMPANY,

     Defendants.
_____

## ORDER FOR AWARD OF ATTORNEY'S FEES
_____

Pursuant to the plaintiffs' Motion for Attorney Fees [63], filed February 9, 2010, with supporting affidavit and time sheets and considering the defendants' response, filed March 23, 2010, and the plaintiffs' reply of March 25, 2010, the Court finds and concludes that the amount requested of $49,579.00 is a reasonable fee given the amount of the judgment and the legal services required.  The defendants in their response accept the reasonableness of the hourly rate and only contest the services concerning the cross motions for partial summary judgment.  Given that both parties attempted to resolve this case by summary judgment, and while in this Court's experience matters of this type are seldom amenable to disposition by summary judgment, it cannot be said that the time spent on the motions was not necessary and reasonable.  It is now

ORDERED that the plaintiffs shall have and recover from the defendants, jointly and severally, an attorney fee in the amount of $49,579.00.

DATED: March 29th, 2010

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge